# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**MATT BANKS (#116002)**                                      **CIVIL ACTION**

**VERSUS**

**JAMES M. LeBLANC, ET AL.**                                  **NO. 16-0649-JWD-EWD**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on January 12, 2018.

*[signature]*

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**MATT BANKS (#116002)**                                              **CIVIL ACTION**

**VERSUS**

**JAMES M. LeBLANC, ET AL.**                                          **NO. 16-0649-JWD-EWD**

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Defendants' Motion to Dismiss (R. Doc. 17). In response to this Motion, Plaintiff has filed a Second Amended Complaint that seeks to clarify his allegations and correct the deficiencies highlighted in Defendants' Motion.

*Pro se* Plaintiff, an inmate confined at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana, originally filed this action pursuant to 42 U.S.C. § 1983 against Secretary James M. LeBlanc, Warden Darrel Vannoy and Ass't Warden Stephanie Lamartiniere, alleging that his constitutional rights have been violated through deliberate indifference to his serious medical needs. Specifically, Plaintiff complains that prison officials are administering his insulin injections at irregular intervals and without first checking his blood glucose levels, which practice he contends presents a serious risk to his health and safety. In Plaintiff's Second Amended Complaint, he has supplemented his factual allegations to a great degree and has added as Defendants herein LSP Medical Director Randy J. Lavespere, Ass't Warden Tracey Falgout and Dr. Paul M. Toce.

Considering the filing of Plaintiff's Second Amended Complaint and considering that the supplemented factual allegations therein may to a large extent address and/or correct the deficiencies asserted to exist in Plaintiff's pleadings, and may therefore obviate the need for the Court to address some or all of Defendants' contentions in the pending Motion to Dismiss, the Court believes it

appropriate, in the interest of judicial efficiency, to deny Defendants' pending Motion to Dismiss, without prejudice to the filing of a second Motion to Dismiss or, if warranted, a Motion for Summary Judgment upon service of Plaintiff's Second Amended Complaint.

## **RECOMMENDATION**

It is recommended that Defendants' Motion to Dismiss (R. Doc. 17) be denied, without prejudice, and that this matter be referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana, on January 12, 2018.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**