UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MATT BANKS (#116002) | CIVIL ACTION |
| VERSUS | |
| JAMES M. LeBLANC, ET AL. | NO. 16-0649-JWD-EWD |

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated January 12, 2018, to which no objection was filed:

**IT IS ORDERED** that Defendants' Motion to Dismiss (R. Doc. 17) is denied, without prejudice, and that this matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana, on February 6, 2018.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA