# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**MATT BANKS (#116002)**

**VERSUS**

**JAMES M. LeBLANC, ET AL.**

**CIVIL ACTION**

**NO. 16-0649-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 21, 2019, to which an opposition was filed;

**IT IS ORDERED** that the Court declines to exercise supplemental jurisdiction relative to Plaintiff's potential state law claims.

**IT IS FURTHER ORDERED** that the Motion for Judgment on the Pleadings (Doc. 36) is granted in part, dismissing with prejudice the plaintiff's § 1983 claims asserted against Defendants LeBlanc, Vannoy, and Falgout in their individual and official capacities.

**IT IS FURTHER ORDERED** that Plaintiff's claims for monetary damages against Lamartiniere, Lavespere, and Toce in their official capacities are dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's claims for accommodations under the Americans with Disabilities Act against Falgout, Lamartiniere, Lavespere, and Toce are dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Motion for Judgment on the Pleadings is OTHERWISE DENIED and that this matter is referred to the Magistrate Judge for further proceedings in connection with Plaintiff's claim for monetary damages and declaratory and injunctive relief asserted against Lamartiniere, Lavespere, and Toce in their individual

capacities for the alleged violations of the Plaintiff's constitutional rights through deliberate indifference to his serious medical needs and Plaintiff's claims regarding accommodations arising under the Americans with Disabilities Act against LeBlanc and Vannoy, as representatives of the Department of Corrections and Louisiana State Penitentiary, respectively.

Signed in Baton Rouge, Louisiana, on <u>March 11, 2019</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**