UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MATT BANKS (#116002)

VERSUS

JAMES M. LeBLANC, ET AL.

CIVIL ACTION

NO. 16-649-JWD-EWD

OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 27, 2019, to which an objection was filed, (Doc. 84);

**IT IS ORDERED** that Defendants' Motion for Summary Judgment, (Doc. 56) is GRANTED, and that this action is DISMISSED, WITH PREJUDICE.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 11, 2019.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA